**Tiffany M. Cornejo, Trustee**
**625 Silver Sw, Suite 350**
**Albuquerque, NM 87102**

# IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW MEXICO

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from November 14, 2019 to November 13, 2020
Chapter 13 Case #: 17-10085 TA

Re: JESUS M. CANO  
1116 BRIDGE BLVD. SW  
ALBUQUERQUE, NM 87105

Attorney: Mark Regazzi  
Regazzi Law, LLC  
2501 Yale Blvd SE, Suite 204  
Albuquerque, NM 87106

(505)265-1000

## RECEIPTS FOR PERIOD

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| Nov 22 | 1,500.00 | Dec 06 | 1,500.00 | Jan 14 | 1,500.00 | Mar 04 | 1,500.00 |
| Mar 30 | 1,500.00 | Apr 13 | 1,500.00 | May 27 | 1,500.00 | Jun 29 | 1,500.00 |
| Aug 03 | 1,500.00 | Sep 09 | 1,500.00 | Sep 10 | 1,500.00 | Oct 13 | 1,500.00 |

## DISBURSEMENTS MADE THROUGH 11/13/2020

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Principal Paid | Interest Paid | Percent Paid |
|---|---|---|---|---|---|---|---|
| TTE | Trustee Compensation | Admin | | | 5,420.75 | | |
| DREF | JESUS M. CANO | Admin | | | | | %0.00 |
| 00000 | STEVE H MAZER | Priority | | 11,765.30 | 11,765.30 | 0.00 | %1.00 |
| ATTY | Mark Regazzi | Admin | | | | | %0.00 |
| 00003 | 21st Mortgage Corporation | | | SURRENDER | | | %0.00 |
| 00004 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | | 8,561.03 | 724.72 | 0.00 | %0.08 |
| 00005 | US BANK | | | SURRENDER | | | %0.00 |
| 00006 | Internal Revenue Service | Priority | | 2,131.49 | 2,131.49 | 0.00 | %1.00 |
| 00007 | NEW MEXICO TAXATION & REVENUE DE | Priority | | 3,266.86 | 3,266.86 | 0.00 | %1.00 |
| 00008 | Albuquerque Collection Agency | | | NOT FILED | | | %0.00 |
| 00010 | Capital One | | | NOT FILED | | | %0.00 |
| 00011 | Cuco Tapia | Unsecured | | 517.00 | 43.77 | 0.00 | %0.08 |
| 00012 | Fredi Romo Perea | Unsecured | | 347.85 | 347.85 | 0.00 | %0.05 |
| 00013 | JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | | 150.12 | 0.00 | 0.00 | %0.00 |
| 00015 | Jorge Gonzales | Unsecured | | 1,000.00 | 37.49 | 0.00 | %0.04 |
| 00016 | Macy's | | | NOT FILED | | | %0.00 |
| 00017 | Martin Marquez Lopez | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00018 | Potters Hand, Inc. c/o Jason L. Weems, Esq. | | | NOT FILED | | | %0.00 |
| 00019 | SFC - Central Bankruptcy & Recovery Departm | | | NOT FILED | | | %0.00 |
| 00020 | NCO Financial Systens, Inc | | | NOT FILED | | | %0.00 |
| 00021 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00022 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00023 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00024 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00025 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00026 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00027 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00028 | Transworld Sys Inc. | | | NOT FILED | | | %0.00 |
| 00029 | US Bank | | | NOT FILED | | | %0.00 |
| 00030 | Department Stores National Bank/Macy's | | | NOT FILED | | | %0.00 |
| 00031 | NEW MEXICO TAXATION & REVENUE DE | Unsecured | | 623.70 | 50.35 | 0.00 | %0.08 |
| 00032 | ANA MARIA SIGALA DE DOMINGUEZ & D | Unsecured | | 90,000.00 | 7,618.57 | 0.00 | %0.08 |

| Claim # | Claimant Name | Class | Int Rate | Allowed Claim | Principal Paid | Interest Paid | Percent Paid |
|---|---|---|---|---|---|---|---|
| 00033 | Anna Laura Torres | Unsecured | | 8,000.00 | 677.23 | 0.00 | %0.08 |
| 00034 | TERESA MALTOS | Priority | | 2,873.00 | 2,873.00 | 0.00 | %1.00 |
| 00035 | RAYMOND ARCHULETA | Unsecured | | 16,275.65 | 1,377.75 | 0.00 | %0.08 |
| 00036 | RAYMOND ARCHULETA | Unsecured | | 34,427.33 | 2,914.32 | 0.00 | %0.08 |
| 00037 | Internal Revenue Service | Unsecured | | 4,589.31 | 388.50 | 0.00 | %0.08 |
| 00038 | Verizon by American InfoSource LP as agent | Unsecured | | 90.02 | 0.00 | 0.00 | %0.00 |
| 00039 | Hector Marquez | | | NOT FILED | | | %0.00 |
| 00041 | State of New Mexico ex rel Balderas | Unsecured | | 180,000.00 | 15,237.12 | 0.00 | %0.08 |
| 00042 | Rose Acevez | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00043 | Jorge Alvarado | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00044 | Rosalinda Carrasco | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00045 | Hugo Escarcega | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00046 | Adriana Jimenez Arcos | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00048 | Fredi Romo Perea | Priority | | 2,775.00 | 2,775.00 | 0.00 | %1.00 |
| 00049 | Rose Acevez | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00050 | Martin Marquez Lopez | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00051 | Jorge Alvarado | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00052 | Adriana Jimenez Arcos | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00053 | Jorge Gonzales | Priority | | 2,850.00 | 2,850.00 | 0.00 | %1.00 |
| 00054 | JOSE GUADALUPE RODRIGUEZ-GARCIA | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00055 | JOSE GUADALUPE RODRIGUEZ-GARCIA | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00056 | SALVADOR MUNIZ | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00057 | SALVADOR MUNIZ | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00058 | OSCAR VALDIVIA ROBLES | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00059 | OSCAR VALDIVIA ROBLES | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00061 | CRUZ MOLINA AND BERTA L UMANA | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00062 | CRUZ MOLINA AND BERTA L UMANA | Unsecured | | 0.00 | 0.00 | 0.00 | %0.00 |
| 00063 | BERTA UMANA AND ROSALINA UMANA | Priority | | 0.00 | 0.00 | 0.00 | %0.00 |

## CASE SUMMARY AS OF 11/13/2020

| Total Paid in: | Total Disbursed: | Total Administrative Costs: | Balance on Hand: |
|---|---|---|---|
| $60,570.00 | $55,079.32 | $5,420.75 | $69.93 |

**PLEASE READ THIS REPORT TO BE SURE THE INFORMATION IN IT IS ACCURATE. IF YOU BELIEVE THAT ANY OF THE ABOVE INFORMATION IS INCORRECT CONTACT YOUR ATTORNEY IMMEDIATELY.**

**I HEREBY CERTIFY**, that the foregoing was served on the Debtor(s) at the above address(es) on Friday, November 13, 2020 and on Debtor'(s) attorney on the date of filing of this Report with the Court as required.

**/s/ Tiffany M. Cornejo**
**Chapter 13 Trustee**